AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

DAVID PARKINSON

V.

VINCENT A. FARINA, DAVID A. CORREIA and
MARCELINO PEREZ

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CIV 5445**

**JUDGE CASTEL**

TO: (Name and address of Defendant)

Vincent A. Farina
46 Amherst Lane
Wappingers Fall, New York 12590-3926

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

_____
(By) DEPUTY CLERK

JUN 0 8 2007

DATE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**DAVID PARKINSON**

                  Plaintiff(s), Petitioner(s)

INDEX NO.: 07 CIV 5445

DATE OF FILING: June 8, 2007

    *against*

**VINCENT A. FARINA**

                  Defendant(s), Respondent(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF DUTCHESS:   ss:

**TOMASHA L THOMAS-WHITE** being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in Poughkeepsie, NY.

That on **June 19, 2007** at **7:05 PM** at **46 Amherst Lane, Wappingers Falls, NY 12590** , deponent served the within **Summons In A Civil Action and Complaint** on **VINCENT A. FARINA**, *(Defendant/Respondent)* herein known as Recipient.

Said service was effected in the following manner;

By delivering thereat a true copy *of each* to **TIM FARINA**, Son, a person of suitable age and discretion. That person was also asked by deponent whether said premises was the recipient's dwelling place and their reply was affirmative.

Deponent also enclosed a copy of same in a postpaid sealed envelope, properly addressed to recipient at recipient's dwelling place at **46 Amherst Lane, Wappingers Falls, NY 12590** and deposited said envelope in an official depository under the exclusive care and custody of the United States Postal Service within State of New York on   **06/21/07**.

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows:
Sex: **Male** Skin: **Caucasian** Hair: **Brown** Age(Approx):  **16** Height(Approx):  **6' 2"** Weight(Approx):  **190-200 lbs** Other:

I asked the person spoken to, whether recipient was in active military service of any kind whatsoever and received a negative reply.

Sworn to before me on Thursday, June 21, 2007

EDMOND J. BYER
Notary Public, State of New York
Commission # 01BY6033051
Qualified in Dutchess County
Expires 11-08-20

TOMASHA L THOMAS-WHITE

**Superior Process**
P.O. Box 2955
Poughkeepsie, NY 12603
(845) 473-7869 (845) 473-0712 Fax
Email: superior44@aol.com