## FULBRIGHT & JAWORSKI L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
666 FIFTH AVENUE, 31ST FLOOR
NEW YORK, NEW YORK 10103-3198
WWW.FULBRIGHT.COM



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/07

JKAHN@FULBRIGHT.COM
DIRECT DIAL: (212) 318-3076

TELEPHONE:   (212) 318-3000
FACSIMILE:    (212) 318-3400

**MEMO ENDORSED**

July 20, 2007

RECEIVED
JUL 23 2007
CHAMBERS OF
P. KEVIN CASTEL
U.S.D.J.

**VIA HAND DELIVERY**

Honorable P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   David Parkinson v. Vincent A. Farina, et al, 07 CV 5445 (PKC)

Dear Judge Castel:

We are counsel to plaintiff David Parkinson in the above-referenced action. We have conferred with opposing counsel, and the parties are jointly requesting an extension of time. Neither party has previously submitted a request for an extension of time.

The initial pre-trial conference is currently scheduled for August 3, 2002, and a case management plan is to be submitted therewith. The parties were also directed to submit a joint letter five business days prior to the conference (July 29) regarding claims/defenses, contemplated motions and possibility of settlement.

However, because the Defendants' answers are not due until August 20, 2007, the parties believe that it would be more practical to postpone the initial pre-trial conference until after the Defendants have had an opportunity to respond to the Complaint. Therefore, the parties propose that the initial pre-trial conference be moved to September 7, 2007, that the case management plan be submitted therewith, and that the joint letter be submitted by August 30, 2007.

*Initial conference adjourned from August 3, 2007 to September 7, 2007 at 2pm.*

Respectfully submitted,

Joann Kahn

SO ORDERED.
/s/ P. Kevin Castel
USDJ  7-24-07

cc:   Jena Goldmark
      Sabrina Jiggett

31365392.1

HOUSTON • NEW YORK • WASHINGTON DC • AUSTIN • DALLAS • DENVER • LOS ANGELES • MINNEAPOLIS • SAN ANTONIO • ST. LOUIS
BEIJING • DUBAI • HONG KONG • LONDON • MUNICH • RIYADH