


USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/7/07

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
ATTORNEY GENERAL

LESLIE LEACH
DEPUTY ATTORNEY GENERAL
STATE COUNSEL DIVISION

JUNE DUFFY
ASSISTANT ATTORNEY GENERAL IN CHARGE
LITIGATION BUREAU

**MEMO ENDORSED**

November 7, 2007

Via Facsimile (212) 805-7949

The Honorable P. Kevin Castel
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

*Conference adjourned from November 16 to December 14, 2007 at 9:45 a.m.*
*SO ORDERED.*
*[signature] USDJ 11-7-07*

Re:   Parkinson v. Farina, et al. (07-Civ-5445) (PKC)

Dear Judge Castel:

The parties respectfully request that the date of November 16, 2007, in which the parties are to appear before the Court be adjourned to Friday, December 14, 2007, or such other date as the Court may set.

We are respectfully requesting an additional thirty (30) days in efforts to settle this matter. This request is being made because the exchange of records -particularly records involving an internal investigation at the correctional facility - was time consuming. The defendants recently turned over internal investigative records, which required careful review and a Confidentiality Agreement, due to security and confidentiality concerns. The defendants are currently in the process of obtaining the plaintiff's medical release/authorization. To that end, all parties need additional time to review the documents in order to effectively participate in settlement discussions.

120 BROADWAY, NEW YORK N.Y., 10271-0332 • PHONE (212) 416-8610 • FAX (212) 416-6075 *NOT FOR SERVICE OF PAPERS
HTTP://WWW.OAG.STATE.NY.US

The Honorable Castel
Re:   *Parkinson v. Farina, et al.* (07-Civ-5445) (PKC)
November 7, 2007
Page 2

  Counsel would be pleased to follow-up in such manner as the Court may direct.

            Respectfully submitted,

            Sabrina Jiggetts
            Assistant Attorney General
            State of New York
            Office of the Attorney General
            120 Broadway - 24th Floor
            New York, NY 10271
            Tel. No. (212) 416-6082

cc:  Joann Kahn, Esq. (via facsimile (212) 318-3400)
    Fulbright & Jaworski, LLP
    666 Fifth Avenue
    New York, NY 10103-3198