```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12·12·07
```

# FULBRIGHT & JAWORSKI L.L.P.
A Registered Limited Liability Partnership
666 Fifth Avenue, 31st Floor
New York, New York 10103-3198
WWW.FULBRIGHT.COM

JKAHN@FULBRIGHT.COM
DIRECT DIAL: (212) 318-3076

TELEPHONE: (212) 318-3000
FACSIMILE: (212) 318-3400

December 12, 2007

VIA FAX (212-805-7949)

Honorable P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: David Parkinson v. Vincent A. Farina, et al, 07 CV 5445 (PKC)

Dear Judge Castel:

The parties are jointly requesting that the pre-trial conference scheduled for December 14, 2007 be adjourned until January 25, 2008, or such other date as the Court may set. The parties would like additional time to reach a binding settlement of this action. Although this is the third time the parties have asked for an adjournment, the prior two adjournments were necessary because the parties were engaging in limited discovery, exchanging documents, and assessing their various claims and defenses.

Plaintiff has recently submitted an offer of settlement to the defendants and the parties have engaged in fruitful settlement discussions. The parties are optimistic that an agreement will be reached regarding the monetary terms but additional time is needed to reach an agreement on the non-monetary terms. Defendants need time to seek the necessary authorizations. The parties believe that the scheduling conference set for Friday would be best postponed.

*Conference adjourned from December 14 to January 25 at 11:30am.*

*SO ORDERED*
*USDJ 12-12-07*

Respectfully submitted,

Joann Kahn
Jena Goldmark
Counsel for Plaintiff

Sabrina Jiggetts
Counsel for Defendants
Assistant Attorney General
State of New York
Office of the Attorney General
120 Broadway, 24th Floor
New York, NY 10271

65106554.1
Houston • New York • Washington DC • Austin • Dallas • Denver • Los Angeles • Minneapolis • San Antonio • St. Louis
Beijing • Dubai • Hong Kong • London • Munich • Riyadh