# FULBRIGHT & JAWORSKI L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
666 FIFTH AVENUE, 31ST FLOOR
NEW YORK, NEW YORK 10103-3198
WWW.FULBRIGHT.COM

JGOLDMARK@FULBRIGHT.COM                                          TELEPHONE:   (212) 318-3000
DIRECT DIAL: (212) 318-3018                                      FACSIMILE:   (212) 318-3400

February 21, 2008

**VIA FAX (212-805-4268)**

Honorable Gabriel W. Gorenstein
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    <u>David Parkinson v. Vincent A. Farina, et al, 07 CV 5445 (PKC) (GWG)</u>

Dear Judge Gorenstein:

    A settlement conference in the above referenced matter is scheduled for Tuesday, February 26, 2008. The parties have engaged in fruitful settlement negotiations and we believe that a settlement is in prospect. For this reason, a settlement conference is unnecessary at this time, and we respectfully ask that the Court adjourn the conference for some time in mid to late March. Defense counsel joins in this request. We apologize for any inconvenience we may have caused the Court.

Respectfully submitted,

_Jena Goldmark_
JoAnn Kahn
Jena Goldmark
Counsel for Plaintiff

cc: Sabrina Jiggetts
    Counsel for Defendants

> The settlement conference is adjourned <u>sine die</u>. The parties are directed to write to the Court when they are prepared to participate in such a conference.
>
> SO ORDERED:  DATE: 2/24/2007
> GABRIEL W. GORENSTEIN
> UNITED STATES MAGISTRATE JUDGE

65140342.1

AUSTIN • BEIJING • DALLAS • DENVER • DUBAI • HONG KONG • HOUSTON • LONDON • LOS ANGELES • MINNEAPOLIS
MUNICH • NEW YORK • RIYADH • SAN ANTONIO • ST. LOUIS • WASHINGTON DC